**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-10820-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

Ryan E. Williams
28 McGrath Lane
Transfer PA 16154

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/12/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 | Capital One Bank (USA) N.A Cabelas Club Visa<br>By American Infosource as agent<br>4515 N Santa Fe Ave.<br>Oklahoma City, OK  73118 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/17/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ryan E. Williams  
    Debtor

Case No. 16-10820-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: agro     Page 1 of 1     Date Rcvd: Apr 15, 2019  
                         Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14342254        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 16 2019 03:04:30  
          WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609  
                                                                                                         TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                             TOTAL: 0  
Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2019 at the address(es) listed below:  
       Daniel P. Foster     on behalf of Debtor Ryan E. Williams dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
       David Neeren     on behalf of Creditor    PNC Bank, National Association dneeren@rasnj.com  
       James Warmbrodt     on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com  
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                                                                           TOTAL: 5