Certificate Number: 02998-PAW-DE-034785550

Bankruptcy Case Number: 16-10820



02998-PAW-DE-034785550

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 17, 2020, at 10:38 o'clock PM EDT, Ryan E Williams completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   August 18, 2020        By:    /s/Angela Zinnerman

                                                Name:  Angela Zinnerman

                                                Title:   Counselor