IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                              )
                                    )    Case No. 16-10820-TPA
Ryan E. Williams                    )
                                    )
                                    )    Chapter 13
       Debtor                       )    Document No. _____
                                    )    Related to Document No. 43

## CONSENT ORDER MODIFYING SEPTEMBER 29, 2020 ORDER

AND NOW, this _____ day of _____, 2020, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated September 29, 2020 it is

ORDERED that Part "1.B." be amended to add the following: The length of the Plan is increased to a total of 49 months. It is further

ORDERED that Part "1.G." be amended to add the following: PNC Bank, N.A. (Claim No. 6) shall govern as to amount, classification, and rate of interest.

The September 29, 2020 order otherwise remains in full force and effect.

BY THE COURT:

_____
Judge Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. # 30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

/s/ Daniel P. Foster
Daniel P. Foster, Esquire (PA I.D. #92376)
Attorney for the debtor
Foster Law Offices
Po Box 966
Meadville PA 16335
814-724-1165
dan@mrdebtbuster.com