Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Ryan E. Williams** | Case No. 16−10820−TPA |
| *Debtor(s)* | Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** | |
| *Movant(s),* | |
| v. | Related to Document No. 63 |
| **No Respondents** | |
| *Respondent(s).* | Hearing Date: 2/3/21 at 12:00 PM |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

    *AND NOW,* this *The 25th of November, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 63 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1) **On or before January 11, 2021**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2) This *Motion* is scheduled for hearing on ***February 3, 2021 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

    (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 16-10820-TPA
Ryan E. Williams     Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: lmar | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 25, 2020 | Form ID: 300b | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ryan E. Williams, 28 McGrath Lane, Transfer, PA 16154-2526 |
| 14281474 | + | Belden Jewelers / Sterling Jewelers, Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14281475 | + | EdFinancial Services, Llc, 298 North Seven Oaks Drive, Knoxville, TN 37922-2369 |
| 14305497 | + | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14281476 | + | First National Bank Of Pa, 1 Fnb Boulevard, Hermitage, PA 16148-3363 |
| 14352846 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14281478 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Mortgage, Po Box 8703, Dayton, OH 45401 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Nov 26 2020 03:34:18 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Nov 26 2020 03:33:42 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14281472 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 26 2020 03:28:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 15032960 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 26 2020 03:34:20 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14348357 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 26 2020 03:43:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14281477 | + | Email/Text: bankruptcynotices@psecu.com | Nov 26 2020 03:44:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14352846 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 26 2020 03:28:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14281478 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 26 2020 03:28:00 | PNC Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14285721 | | Email/PDF: rmscedi@recoverycorp.com | Nov 26 2020 03:37:07 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14281479 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2020 03:36:55 | Synchrony Bank / JCPenneys, Po Box 965064, Orlando, FL 32896-5064 |
| 14342254 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 26 2020 03:37:47 | WORLD'S FOREMOST BANK, CABELA'S |

Case 16-10820-TPA    Doc 65    Filed 11/27/20    Entered 11/28/20 00:36:48    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-1 | User: lmar | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 25, 2020 | Form ID: 300b | Total Noticed: 17 |

| 14281480 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | | CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |
|---|---|---|---|
| | | Nov 26 2020 03:33:52 | World's Foremost Bank, Na, 4800 Nw 1st Street, Suite 300, Lincoln, NE 68521-4463 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14281473 | ##+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2020            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Ryan E. Williams dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| David Neeren | on behalf of Creditor PNC Bank  National Association dneeren@rasnj.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5